# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

BHL FINANCING, LLC f/k/a
BIG HORN LODGE FINANCING, LLC                              PLAINTIFFS

V.                          4:15CV00780 JM

ONEFINANCIAL CORPORATION d/b/a
ONE FINANCIAL CORPORATION ;
ONE BANK & TRUST, N.A.                                     DEFENDANTS

## ORDER

Pending is Plaintiff's motion to remand, docket # 9, Defendants have filed a notice withdrawing its response in opposition to the motion to remand, docket # 20.  For good cause shown, Plaintiff's motion to remand is GRANTED.   The Clerk is directed to immediately transfer this case back to the Circuit Court of Pulaski County, Arkansas.

IT IS SO ORDERED this 6th day of June, 2016.

_____
James M. Moody Jr.
United States District Judge